Ricardo Rodriguez
Reg. # 55909-054
United States Penitentiary Lompoc
3901 Klein Blvd.
Lompoc, California,
93436

ATTN: **Clerk Of Courts**
District Court Of New York
Southern District
500 Pearl Street Room 120
New York, New York,
10007-1312

DATED MAY____ 2019

RE: USA Vs. Ricardo Rodriguez
Case's No. 03-Cr-1501 (SAS)
10-cv-1524 (SAS)

Dear Clerk Of Courts:

I'm writing your office concerning The First Step Act Of 2018,. This Act should apply towards my case the afore-mentioned case number above. I've previously attempted to get a reduction under the **18-1**, crack law but was denied relief, now that law is retroactive to all crack cases so at this point I'm requesting for counsel to be appointed to represent me concerning the First Step Act.

I'm sending a copy of this letter to The Federal Public Defenders Office, so that they can see that I'm requesting help in this matter, to obtain relief.

I'd like to Thank You in advance for any assistance that you give me concerning this matter.

Sincerely,

Ricardo Rodriguez

CC: File
Federal Public Defenders Office
Southern District Of New York
52 Duane Street, 10th Floor
New York, New York, 10007

RODRIGUEZ
55909-054
UNITED STATES PENITENTIARY LOMPOC
[...] BLVD.
[...]LIFORNIA, 93436

⇔55909-054⇔
Clerk Of Courts
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States

RECEIVED
2019 MAY -9 PM 3:01
CLERK'S OFFICE
S.D.N.Y.

Criminal

EK

LEGAL MAIL

FCC LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

5/6/19

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.